CR13 00506 LHK PSG
Filed

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JUL 30 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### SAN JOSE DIVISION

E-filing

SEALED BY ORDER OF THE COURT

## THE UNITED STATES OF AMERICA

*vs.*

**JAIRO QUINTANA, a/k/a "Hido," and**
**FILIBERTO QUINTANA, a/k/a "Peewee,"**

## INDICTMENT

**COUNT ONE:** Title 21, United States Code, Section 846- Conspiracy to Possess With Intent to Distribute and to Distribution of Methamphetamine.

**COUNTS TWO ~~and THREE~~:** Title 21, United States Code, Section 841(a)(1)- Possession With Intent to Distribute and to Distribution of Methamphetamine.

*A true bill.*

_____
*Foreperson*

*Filed in open court this* 31st *day of* July

A.D. 2013

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No Bail Arrest Warrant

MELINDA HAAG (CABN 132612)
United States Attorney



Filed
JUL 30 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>JAIRO QUINTANA,<br>   a/k/a "Hido," and<br>FILIBERTO QUINTANA,<br>   a/k/a "Peewee,"<br><br>   Defendants. | CR 13 NO. 00506 PSG LHK<br><br>VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Methamphetamine; 18 U.S.C. § 2 – Aiding and Abetting<br><br>SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine)

From a date unknown to the Grand Jury but at least on or about June 25, 2012, up through and including the present, in the Northern District of California, the defendants,

JAIRO QUINTANA, a/k/a "Hido," and
FILIBERTO QUINTANA, a/k/a "Peewee,"

unlawfully, knowingly, and intentionally conspired to possess with intent to distribute, and to distribute, a Schedule II controlled substance, specifically, 5 grams and more of actual methamphetamine, its salts,

isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

COUNT TWO: (21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute and Distribution of Methamphetamine)

On or about June 25, 2012, in the Northern District of California, the defendants,

> JAIRO QUINTANA, a/k/a "Hido," and
> FILIBERTO QUINTANA, a/k/a "Peewee,"

each aided and abetted by the other, unlawfully, knowingly, and intentionally possessed with intent to distribute, and distributed, a Schedule II controlled substance, specifically, 5 grams and more of actual methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

DATED: 7/30/2013

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

WILLIAM FRENTZEN
Chief, Organized Crime Strike Force

(Approved as to form: _____)
AUSA STEPHEN MEYER
SAUSA CASEY O'NEILL

INDICTMENT 2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT    ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───
*SEE ATTACHMENT*

E-filing SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
*SEE ATTACHMENT*

─── DEFENDANT - U.S. ───
▶ JAIRO QUINTANA, a/k/a "Hido,

Filed
JUL 30 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DISTRICT COURT NUMBER
CR 13 00506 PSG

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Matt Cobo-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  MELINDA HAAG
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  STEPHEN J. MEYER

─── DEFENDANT ───
IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶           Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

**ATTACHMENT TO PENALTY SHEET**
**U.S.**
**v.**
**JAIRO QUINTANA,**
a/k/a "Hido," and
**FILIBERTO QUINTANA, a/k/a "Peewee,"**

**COUNT ONE**: Title 21, United States Code, Section 846- Conspiracy to Possess With Intent to Distribute, and to Distribute Methamphetamine.

Penalties:

| | |
|---|---|
| Mandatory maximum prison sentence | 40 years |
| Maximum fine | $5,000,000 |
| Maximum supervised release term | Life |
| Mandatory special assessment | $100 |

**COUNT TWO**: Title 21, United States Code, Section 841(a)(1)- Possession With Intent to Distribute and Distribution of Methamphetamine.

Penalties:

| | |
|---|---|
| Mandatory maximum prison sentence | 40 years |
| Maximum fine | $5,000,000 |
| Maximum supervised release term | Life |
| Mandatory special assessment | $100 |

A1

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

*SEE ATTACHMENT*

E-filing

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
*SEE ATTACHMENT*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

Filed

---- DEFENDANT - U.S. ----
JUL 30 2013

▶ FILIBERTO QUINTANA, aka "Pee Wee" RICHARD W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT COURT NUMBER  SAN JOSE

CR 13 00506 PSG

---- DEFENDANT ----
**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
Matt Cobo-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  STEPHEN J. MEYER

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

A2

## ATTACHMENT TO PENALTY SHEET
## U.S.
## v.
## JAIRO QUINTANA,
### a/k/a "Hido," and
## FILIBERTO QUINTANA, a/k/a "Peewee,"

**COUNT ONE**: Title 21, United States Code, Section 846- Conspiracy to Possess With Intent to Distribute, and to Distribute Methamphetamine.

    Penalties:

| | |
|---|---|
| Mandatory maximum prison sentence | 40 years |
| Maximum fine | $5,000,000 |
| Maximum supervised release term | Life |
| Mandatory special assessment | $100 |

**COUNT TWO**: Title 21, United States Code, Section 841(a)(1)- Possession With Intent to Distribute and Distribution of Methamphetamine.

    Penalties:

| | |
|---|---|
| Mandatory maximum prison sentence | 40 years |
| Maximum fine | $5,000,000 |
| Maximum supervised release term | Life |
| Mandatory special assessment | $100 |

