PROB 13E
(9/87)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA **FILED**

NOV 6 – 2013

RICHARD W.
NORTHERN DISTRICT CALIFORNIA
SAN JOSE

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

Criminal Case No. _CR 13-00506 LHK -1_

I, _JAIRO QUINTANA_ , hereby consent
(Name of Defendant)

to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

_11-6-13_
(Date)

_[signature]_
(Signature of Defendant)

_11-6-13_
(Date)

_[signature]_
(Defendant's Attorney)